## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Pastuna Pastuna v. Genalo                    Docket No.: 26-1827

Lead Counsel of Record (name/firm) or Pro se Party (name): Benjamin H. Torrance / United States Attorney's Office, S.D.N.Y.

Appearance for (party/designation): Kenneth Genalo, Field Office Director, David J. Venturella, Acting Director, Markwayne Mullin, Secretary, Todd Blanche, Acting U.S. Attorney General, U.S. Dept of Homeland Security, Executive Office for Immigration Review / Respondents-Appellants

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ✓ ) Correct
(   ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
( ✓ ) Correct
(   ) Incorrect.  The following parties do not wish to participate in this appeal:
        Parties: _____
(   ) Incorrect.  Please change the following parties' designations:
        Party                                    Correct Designation



**Contact Information** for Lead Counsel/Pro Se Party is:
( ✓ ) Correct
(   ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

### RELATED CASES

( ✓ ) This case has not been before this Court previously.
(   ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(   ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that ( ✓ ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 3, 2025 _____ OR that (   ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Benjamin H. Torrance
Type or Print Name: Benjamin H. Torrance
            OR
Signature of pro se litigant: _____
Type or Print Name: _____
(   ) I am a pro se litigant who is not an attorney.
(   ) I am an incarcerated pro se litigant.